# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 14-2220

David Zink; Michael S. Worthington; John E. Winfield; Leon Taylor; Walter T. Storey; Earl Ringo; Roderick Nunley; John C. Middleton; Paul T. Goodwin; Andre Cole; Reginald Clemons; Cecil Clayton; Mark Christeson; Russell Bucklew; and David Barnett,

Appellants

v.

George A. Lombardi; David R. Dormire; Terry Russell; John Does, 2-40,

Appellees

---

Appeal from U.S. District Court for the Western District of Missouri - Jefferson City
(2:12-cv-04209-BP)

---

**AMENDED ORDER**

The order of June 6, 2014, is amended as follows:

Before MURPHY, MELLOY, and COLLOTON, Circuit Judges.

The motion for stay of execution, filed by appellant John Winfield, is denied.

June 11, 2014

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.

_____

/s/ Michael E. Gans