# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 14-2220

David Zink, et al.

Appellants

v.

George A. Lombardi, et al.

Appellees

_____

Appeal from U.S. District Court for the Western District of Missouri - Jefferson City
(2:12-cv-04209-BP)
_____

## AMENDED ORDER

The order of June 12, 2014, is amended as follows:

Before: MURPHY, MELLOY and COLLOTON, Circuit Judges

Appellant John Winfield's petition for rehearing by the panel is denied. Judge Murphy would grant the petition for rehearing by the panel.

Before: RILEY, Chief Judge, WOLLMAN, LOKEN, MURPHY, BYE, SMITH, COLLOTON, GRUENDER, SHEPHERD, and KELLY, Circuit Judges

Appellant John Winfield's petition for rehearing en banc is denied. Judge Benton did not participate in the consideration or decision of this matter.

BYE, Circuit Judge, dissenting, with whom MURPHY and KELLY, Circuit Judges, join.

I would grant the petition for rehearing en banc to grant the motion for stay of John Winfield's execution. In addition to the same concerns I have noted in previous dissenting opinions in related matters, I believe it would be imprudent to proceed with further executions in Missouri in light of the Supreme Court's recent stay of Russell Bucklew's execution in <u>Bucklew v. Lombardi</u>, 2014 WL 2116443, (May 21, 2014). Resolution of that appeal, including the evidentiary hearing seemingly suggested by the Supreme Court, may shed further light on Missouri's execution protocol and allow this Court to more fully consider the claims brought by Winfield and the other inmates in Missouri's execution queue. Therefore, I respectfully dissent.

June 13, 2014

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
    /s/ Michael E. Gans